**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Benito LEDESMA–SANCHEZ,
Defendant–Appellant.**

No. 14–10263.

United States Court of Appeals,
Ninth Circuit.

Submitted June 22, 2015.*

Filed June 25, 2015.

Arturo Andres Aguilar, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mark F. Willimann, The Law Office of Mark F. Willimann, LLC, TUCSON, AZ, for Defendant–Appellant.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Benito Ledesma–Sanchez appeals from the 64–month sentence imposed upon remand for resentencing following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ledesma–Sanchez contends that the district court violated Federal Rule of Criminal Procedure 32(i)(3)(B) by failing to make an express ruling about whether he had a prior conviction for robbery that would support a 16–level enhancement. The district court expressly determined that the 16–level enhancement validly applied. Accordingly, the court satisfied the requirements of Rule 32. *See* Fed. R.Crim.P. 32(i)(3)(B).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

